GARY J. LORCH (State Bar No. 119989)
AARON P. RUDIN (State Bar No. 223004)
GORDON & REES LLP
633 West Fifth Street, Suite 4900
Los Angeles, CA  90071
Telephone:  (213) 576-5000
Facsimile:  (213) 680-4470
e-mail:  glorch@gordonrees.com
e-mail:  arudin@gordonrees.com

Attorneys for Defendant GOD'S GIRLS LLC

LESLIE A. COWAN (State Bar No. 246413)
SG SERVICES, INC.
6121 Santa Monica Boulevard, Suite 102
Los Angeles, CA 90038
Telephone:  (323) 667-9000
Facsimile:  (323) 962-6999
e-mail: leslie.cowan@suicidegirls.com

Attorneys for Plaintiff SG SERVICES, INC.

**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SG SERVICES, INC., an Oregon corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>GOD'S GIRLS, LLC, an Arizona corporation,<br><br>　　　　　　　　Defendant. | Case No. CV 08-1873 ODW (JWJx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

---

-1-
**ORDER OF DISMISSAL WITH PREJUDICE**
**CASE NO. CV 08-1873 ODW (JWJx)**

1   Based upon the stipulation entered into by and between Plaintiff SG
2   SERVICES, INC. and Defendant GOD'S GIRLS LLC, through their respective
3   attorneys of record,

4   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-
5   captioned action be and hereby is dismissed with prejudice pursuant to Federal
6   Rule of Civil Procedure 41(a)(1).

9   Dated:_August 11, 2008_____
10  _____
    UNITED STATES DISTRICT JUDGE

Gordon & Rees LLP
633 West Fifth Street
Suite 4900
Los Angeles, CA 90071

GOGI/1050841/5865371v.1

-2-
**ORDER OF DISMISSAL WITH PREJUDICE**
**CASE NO. CV 08-1873 ODW (JWJX)**